# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 24, 2008

Charles R. Fulbruge III
Clerk

No. 07-41184
Summary Calendar

ANDRE DAVID LEFFEBRE,

Plaintiff - Appellant.

v.

FEDERAL CORPORATION UNITED STATES; UNITED STATES FEDERAL
CORPORATION; USA INC; US INC, PRIVATE AND ASSOCIATE AGENTS,

Defendants - Appellees.

Appeal from the United States District Court,
Southern District of Texas
USDC No. 3:07-CV-519

Before JONES, Chief Judge, and CLEMENT and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Andre Leffebre, an inmate confined at the United States Penitentiary at
Beaumont, Texas, proceeding pro se and in forma pauperis, appeals the
dismissal of his suit for damages arising from his conviction and incarceration
of being a felon in possession of a firearm. That conviction has not been
reversed, expunged, invalidated, or called into question by the issuance of a writ

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

of habeas corpus, and the district court properly dismissed the instant action for failure to state a claim upon which relief may be granted. Heck v. Humphrey, 512 U.S. 477, 486-87 (1994). Leffebre's appeal is frivolous and without arguable merit, and is accordingly dismissed. See 5TH CIR R. 42.2.

The district court's dismissal of Leffebre's action and this Court's dismissal of his appeal count as two strikes under 28 U.S.C. § 1915(g). See Adepegba v. Hammons, 103 F.3d 383, 387-88 (5th Cir. 1996). Leffebre accumulated additional strikes for the dismissal of similar claims in Leffebre v. Carter, No. 3:06-CV-149 (S.D. Tex., Nov. 26, 2007) and Leffebre v. Cothren, No. 3:06-CV-150 (S.D. Tex., Nov. 26, 2007). As Leffebre has now accumulated at least three strikes under § 1915, he is barred from proceeding in forma pauperis while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. See § 1915(g).

APPEAL DISMISSED; 28 U.S.C.§ 1915(G) BAR IMPOSED.